# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALEZ, FRANCISCO GONZALEZ RIOS, and PABLO GONZALEZ RIOS, individually, and on behalf of all others similarly situated, | Case No. 3:22-cv-00534-AJB-KSC |
| | **CLASS ACTION** |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO REMAND ACTION TO STATE COURT** |
| v. | |
| BARNARD CONSTRUCTION COMPANY, INCORPORATED, a corporation; BFBC, LLC, a Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1    Based on the Joint Motion to Remand Action to State Court, and good cause

2 appearing therefore, IT IS HEREBY ORDERED that:

3    1.    The Action, with the Court's approval, shall be remanded to the

4 Superior Court of California for the County of San Diego; and

5    2.    Each Party shall bear their own fees and costs associated with

6 remand.

7    3.    The Clerk of Court is directed to close this case after remand.

8

9    **IT IS SO ORDERED.**

10

Dated:  April 5, 2024

11
                                              Hon. Anthony J. Battaglia
12                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28